Greg A. Garbacz, Bar No. 167007
KLINEDINST PC
5 Hutton Centre Drive, Suite 1000
Santa Ana, California 92707
(714) 542-1800/FAX (714) 542-3592
ggarbacz@klinedinstlaw.com

Andrea F. Oxman, Bar No. 252646
KLINEDINST PC
777 S. Figueroa St., Suite 2800
Los Angeles, California 90017
(213) 406-1100/FAX (213) 406-1101
aoxman@klinedinstlaw.com

Attorneys for Defendant
SIT 'N SLEEP, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AISHA MCKINNEY-WENDT, an individual,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>SIT 'N SLEEP, INC., a California Corporation; and DOES 1-10, inclusive,<br><br>　　　　Defendants. | Case No.　2:18-cv-2128<br><br>**DEFENDANT SIT 'N SLEEP, INC'S NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(A) (FEDERAL QUESTION)**<br><br>Trial Date:　　None set |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

PLEASE TAKE NOTICE that pursuant to 28 U.S.C. sections 1331, 1441, and 1446, Defendant Sit 'N Sleep, Inc. hereby removes to this Court the state court action described below:

　　1.　　On January 3, 2018, an action was commenced in the Superior Court of the State of California in the County of Los Angeles, entitled Aisha McKinney-Wendt, Plaintiff, vs. Sit 'N Sleep, Inc., Defendant, as Case Number NC061567. A copy of the complaint is attached hereto as Exhibit 1.

　　2.　　On February 12, 2018, Defendant Sit 'N Sleep, Inc. ("Sit 'N Sleep") served

its Notice and Acknowledgement of Receipt of the summons and complaint filed by Aisha McKinney-Wendt ("Plaintiff"). A copy of the summons is attached hereto as Exhibit 2, and a copy of the notice and acknowledgement of receipt is attached as Exhibit 3.

3. On March 14, 2018, Sit 'N Sleep filed and served its answer to the complaint. A copy of the answer is attached hereto as Exhibit 4.

4. This is a civil action of which this Court has original jurisdiction under 28 U.S.C. section 1331, which may be removed to this Court pursuant to the provisions of 28 U.S.C. section 1441(a), because it arises under 42 U.S.C. section 12181 et seq. (the Americans with Disabilities Act of 1990 ["ADA"]).

5. Sit 'N Sleep, Inc. is not aware of any other defendants that have been named or served in the state court action.

KLINEDINST PC

DATED: March 14, 2018

By: _____
Andrea E. Oxman
Attorneys for Defendant
SIT 'N SLEEP

# CERTIFICATE OF SERVICE

I declare that:

I am and was at the time of service of the papers herein, over the age of eighteen (18) years and am not a party to the action. I am employed in the County of Los Angeles, California, and my business address is 777 S. Figueroa St., Suite 2800, Los Angeles, California 90017.

On March 14, 2018, I caused to be served the following documents:

**DEFENDANT SIT 'N SLEEP, INC'S NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(A) (FEDERAL QUESTION)**

☒ **BY REGULAR MAIL:** I caused such envelopes to be deposited in the United States mail, at Los Angeles, California, with postage thereon fully prepaid, individually, addressed to the parties as indicated. I am readily familiar with the firm's practice of collection and processing correspondence in mailing. It is deposited with the United States postal service each day and that practice was followed in the ordinary course of business for the service herein attested to. (Fed. R. Civ. P. 5(b)(2)(B).)

I declare that I am employed in the office of a member of the bar of this Court, at whose direction the service was made.

| | |
|---|---|
| Joseph R. Manning, Jr., Esq.<br>Michael J. Manning, Esq.<br>Tristan P. Jankowski, Esq.<br>MANNING LAW, APC<br>4667 MacArthur Blvd., Suite 150<br>Newport Beach, CA 92660 | Attorneys for Plaintiff<br>Aisha McKinney-Wendt<br><br>Tel.: 949-200-8755/Fax: 866-843-8308<br>ADAPracticeGroup@manninglawoffice.com |

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the United States Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March 14, 2018, at Los Angeles, California.

Kelly A. Beltran

17216262v1